# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **LISA M. MYERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.  CV 08-S-1865-NW |
| | ) |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The parties having notified the court that all remaining claims embraced herein have been resolved, it is ORDERED that all claims be DISMISSED with prejudice, but provided that if the terms of the settlement between plaintiff and defendant Experian Information Solutions, Inc., are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action, and such reinstatement shall relate back to the original date of filing.   Costs are taxed as paid.

DONE this 26th day of February 2010.

_____
United States District Judge